■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND LONGER-NECKER, Appellant, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Motion to dismiss appeal as academic granted, appellant having been discharged from Dannemora State Hospital. (See *People ex rel. Pylypcuk* v. *Herold*, 25 A D 2d 690.) Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.